IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ROBERT T. FOBES**                                                                 **PLAINTIFF**

v.                                                            CIVIL NO. 1:15cv316-HSO-FKB

**CAROLYN W. COLVIN, COMMISSIONER**
**OF SOCIAL SECURITY ADMINISTRATION**                        **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on United States Magistrate Judge F. Keith Ball's January 30, 2017, Report and Recommendation [11]. The Court, after a full review and consideration of the record in this case and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 22nd day of February, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE